

JAMES E. JOHNSON
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
**100 CHURCH STREET**
**NEW YORK, NY 10007**

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-356-2355*
*Facsimile: (212) 356-3509*
*sscharfs@law.nyc.gov*

March 16, 2020

SO ORDERED

Honorable George B. Daniels *(by ECF)*
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The status conference scheduled for March 17, 2020 is adjourned to April 23, 2020 at 9:45 a.m.

MAR 1 6 2020

HON. GEORGE B. DANIELS

Re: Patricia Scott Fleming, et al. v. City of New York, et al., 18 CV 4866 (GBD)

Dear Judge Daniels:

      I am an attorney in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for defendants City of New York, Desmond Blake, Fred Rolle, Jorel Ward, Curlee Williams, and John Wisti (DOC defendants) in the above-referenced action. I write with the parties' joint request for an adjournment of the conference scheduled for tomorrow, March 17, 2020, at 9:45 a.m., because of the public health emergency created by the COVID-19 coronavirus pandemic.

      While the parties apologize for the lateness of this request, we hope that the Court will grant an adjournment in light of the extraordinary and fast-evolving circumstances presented. While the parties are available to attend the conference by telephone, I understand from a telephone conversation with Chambers that Your Honor does not hold conferences by telephone and that counsel for the parties should make a written request with a joint proposal of alternative dates in April that they are available for the conference. Counsel for all parties are available on the alternative dates of April 23 and April 24, 2020.

      The parties thank the Court for its consideration herein.

Respectfully submitted,

Susan P. Scharfstein

Susan P. Scharfstein

cc:   All Counsel of Record *(by ECF)*