UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

PATRICIA SCOTT FLEMING et al.,

                    Plaintiffs,

-against-

THE CITY OF NEW YORK et al.,

                    Defendants.

------------------------------------------x

ORDER

18 Civ. 4866 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 23, 2020 conference is adjourned to July 9, 2020 at 9:45 a.m.

Dated: New York, New York
March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE