

**EDEN P. QUAINTON**
**QUAINTON LAW, PLLC**

1001 AVENUE OF THE AMERICAS, 11TH FLOOR
NEW YORK, NY 10018

33 TYSON LANE
PRINCETON, NJ 08540

TELEPHONE (212) 813-8389; (609) 921-0529
FAX (212) 813-8390
CELL: (202) 360-6296
EMAIL EQUAINTON@GMAIL.COM

June 26, 2020

**SO ORDERED**

The status conference scheduled for July 9, 2020 is adjourned to August 11, 2020 at 9:45 a.m.

*[signature]*
HON. GEORGE B. DANIELS

**VIA ECF and FAX**

JUN 2 9 2020

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Patricia Scott Fleming, et al. v. The City of New York, et al.
     Index No. 18-CV-4866 (GBD)
     Request for Adjournment

Dear Judge Daniels,

A status conference in the above-captioned matter is set for July 9, 2020 at 9:45 a.m. There is currently a Letter Motion for Leave to File a Second Amended Complaint (the "Motion") pending before the Court. Dkt. 137. On Wednesday, June 24, 2020 I enquired of your Honor's clerk whether you intended to hear oral argument at the scheduled status conference. I was told your Honor did not intend to hear argument. Because of both the ongoing logistical difficulties created by the Covid-19 pandemic and because Plaintiff believes it would be most productive for the status conference to be held once your Honor has had an opportunity to rule on the Motion, Plaintiff respectfully requests that your Honor adjourn the conference to August 11, 2020, which your clerk indicated was open. I have conferred with opposing counsel and they do not oppose the request for an extension. However, counsel for the City of New York

proposes, given the practicalities of the situation, that the Court instead reschedule the conference for a date in mid-September. The medical defendants have indicated they are neutral on the timing of any adjournment. While Plaintiff would prefer a date in August, we understand the current constraints on the Court and the parties and defer to your Honor's decision as to timing.

I thank you for your courtesies in this matter.

Very truly yours,

*/s/ Eden P. Quainton*
EDEN P. QUAINTON

cc: All counsel of record – via ECF