USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: SEP 2 8 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SCOTT FLEMING et al.,

                        Plaintiffs,

      -against-

THE CITY OF NEW YORK et al.,

                        Defendants.

------------------------------------- x

ORDER

18 Civ. 4866 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled on October 20, 2020 at 9:45am is hereby adjourned to December 8, 2020 at 9:45am.

The parties' request for an amended schedule, (ECF No. 153), is GRANTED as follows:

- The parties will discuss any objections to the proposed Second Amended Complaint ("SAC") by October 16, 2020;

- Plaintiff's counsel will file the SAC before or on October 22, 2020;

- Defendants will answer or otherwise respond to the SAC before or on November 16, 2020; and

- The parties shall meet and confer regarding a discovery schedule and submit a proposed discovery schedule before or on November 23, 2020.

Dated: New York, New York
September 25, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge