UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..............................................................X
PATRICIA SCOTT FLEMING, as Administratrix
of the Estate of Patrick Fleming,

                              Plaintiffs

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.
..............................................................X

Civil Case No. 1:18-cv-4866
(GBD)

## SCHEDULING ORDER

IT IS HEREBY ORDERED that the following Scheduling Order is entered, subject to the rights of the parties to modify the schedule by stipulation and the right of any party to request that the Court modify the Scheduling Order for good cause shown, including subject to the right of the City Defendants (i) to move to bifurcate discovery and/or trial for purposes of *Monell v. Department of Social Services of the City of New York*, 436 U.S. 658 (1978), (ii) to ask that the Court direct the parties to confer on a detailed schedule for expert discovery and summary judgment 30 days before the close of fact discovery, and (iii) to ask that the Court defer deadlines for expert disclosures until after motions for summary judgment have been resolved by the Court.

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures | January 6, 2021 |
| Close of Fact Discovery | September 15, 2021 |
| Completion of Expert Discovery | December 30, 2021 |
| Summary Judgment Motions | No later than 30 days following completion of all discovery |
| Pretrial Conference | To be determined on a date no later than 60 days prior to the date set for trial. |
| Trial | To be determined by the Court. |

**SO ORDERED**

NOV 3 0 2020

*George B. Daniels*

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
District Court for the Southern District of New York

DATED: