


**JAMES E. JOHNSON**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
**100 CHURCH STREET**
**NEW YORK, NY 10007**

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-356-2355*
*sscharfs@law.nyc.gov*

February 16, 2021    SO ORDERED

Honorable George B. Daniels *(by ECF)*
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The status conference is adjourned from February 23, 2021 to May 4, 2021 at 9:45 a.m.

FEB 1 8 2021   /s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: <u>Patricia Scott Fleming, et al. v. City of New York, et al.</u>, 18 CV 4866 (GBD)

Dear Judge Daniels:

    I am an attorney in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for defendants City of New York, Desmond Blake, Fred Rolle, Jorel Ward, Curlee Williams, and John Wisti (DOC defendants) in the above-referenced action.

    I write to request a 60-day adjournment of the conference scheduled for February 23, 2021, at 9:45 a.m. The parties recently submitted a joint status report on January 29, 2021, are proceeding with written discovery, and have no discovery disputes at present. Alternatively, I ask that the Court set the conference for another date that is convenient for the Court as the February 23, 2021 date presents a scheduling conflict for me. Counsel for the medical defendants has advised that she consents to this request. Plaintiff's counsel does not object.

    The parties thank the Court for its consideration herein.

Respectfully submitted,

/s/ Susan P. Scharfstein

Susan P. Scharfstein

cc:    All Counsel of Record *(by ECF)*