

# HPM&B
## ATTORNEYS AT LAW

81 Main Street White Plains, NY 10601-1711
Tel: 914-559-3100 Fax: 914-949-1160
WWW.HPMB.COM



**Doreen Dufficy**
Partner
ddufficy@hpmb.com

April 29, 2021

**SO ORDERED**

**VIA ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The status conference is adjourned from May 4, 2021 to June 29, 2021 at 9:45 a.m.

MAY 0 3 2021

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: Patricia Scott Fleming, et al. v. The City of New York, et al.
Index No. 18-CV-4866 (GBD)
Request for Adjournment

Dear Judge Daniels,

We represent the medical defendants in the above-noted action: Maung Maungoo, M.D., Myat Win, M.D., Antonio Martinez, M.D., Corizon Health, Physician Affiliate Group of New York, New York City Health and Hospitals Corporation, Nicole Lanatra, M.D., Mary Lynn Nierodzik, M.D., Roopalekha Shenoy, M.D., Aaron Stern, M.D. and Jennifer Wu, M.D.

A status conference in the above-captioned matter is set for May 4, 2021 at 9:45 a.m. I am writing on behalf of all parties to request an adjournment of the status conference to a date in midJune 2021. The parties are currently engaging in discovery including responses to discovery demands and conferring regarding the timing and number of upcoming depositions. Although discovery issues may arise at a later juncture as discovery proceeds, there are no current discovery disputes at present to be addressed and all parties consent to an adjournment of the status conference.

The parties thank the Court for its consideration herein.

Very truly yours,

Doreen Dufficy

DD:jb

2392596.1

---

**HEIDELL, PITTONI, MURPHY & BACH, LLP**

New York | Connecticut | Westchester | Long Island

Hon. George B. Daniels
Re: Fleming v. The City of New York, et al.
April 29, 2021
Page 2



cc:     **All counsel of record – VIA NYSECF & EMAIL**

       Eden P. Quainton
       Partner
       DUNNINGTON BARTHOLOW & MILLER LLP
       *Attorneys for Plaintiff*
       230 Park Avenue, 21st Floor
       New York, New York 10169
       Telephone: +1.212.682.8811
       *Email: EQuainton@dunnington.com*

       Susan Scharfstein, Esq.
       JAMES JOHNSON
       Corporation Counsel of the City of New York
       *Attorneys for Defendant*
       THE CITY OF NEW YORK, DESMOND BLAKE,
       FRED ROLLE, JOREL WARD, CURLEE WILLAIMS,
       and JOHN WISTI
       100 Church Street
       New York, New York 10007
       212-356-2355
       *Email: sscharfs@law.nyc.gov*