# DUNNINGTON
## BARTHOLOW & MILLER LLP
### ATTORNEYS AT LAW

230 Park Avenue | 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | equainton@dunnington.com

June 23, 2021

**VIA ECF AND FAX**

**SO ORDERED**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The status conference is adjourned from June 29, 2021 to August 17, 2021 at 9:45 a.m.

*George B. Daniels*
JUN 2 3 2021
HON. GEORGE B. DANIELS

Re: Patricia Scott Fleming, et al. v. The City of New York, et al.
Index No. 18-CV-4866 (GBD)
Request for Adjournment of June 29, 2021 Conference

Dear Judge Daniels,

I represent the Plaintiff, Patricia Scott Fleming, in the above-captioned matter.

A status conference in the above-captioned matter is set for June 29, 2021 at 9:45 AM. I am writing on behalf of all parties to request an adjournment of the status conference to a date in the second half of July 2021.

The parties are currently engaging in discovery including responses to discovery demands and conferring regarding the timing and number of upcoming depositions. Although discovery issues may arise at a later juncture as discovery proceeds, there are no discovery disputes at present to be addressed and all parties consent to an adjournment of the status conference.

The parties thank the Court for its consideration herein.

Very truly yours,

*/s/ Eden P. Quainton*
EDEN P. QUAINTON, ESQ.
**DUNNINGTON, BARTHOLOW & MILLER LLP**

*Attorneys for Plaintiff Patricia Scott*
*Fleming as Administratrix of the Estate of*
*Patrick Fleming*
230 Park Avenue, 21st Floor
New York, New York 10169
Telephone: (212) 682-8811
E-mail: equainton@dunnington.com

cc: All counsel of record – via ECF

SUSAN P. SCHARFSTEIN, ESQ.
**CORPORATION COUNSEL OF THE CITY OF NEW YORK**
*Attorney for Defendants City of New York,*
*Commissioner Joseph Ponte, Desmond Blake, Fred Rolle, Jorel Ward,*
*Curlee Williams, and John Wisti*
100 Church Street
New York, NY 10007
Telephone; (212) 356-2355
Email: sscharfs@law.nyc.gov

DOREEN DUFFICY, ESQ.
**HEIDELL, PITTONI, MURPHY & BACH, LLP**
*Attorneys for New York Health and Hospitals Corporation,*
*Corizon Health, Inc., Physician Affiliate Group of New York,*
*Maung Maungoo, M.D., Myat Win, M.D, Antonio Martinez, M.D.,*
*Nicole Lanatra, M.D., Roopalekha Shenoy, M.D.,*
*Aaron Stern, M.D., Jennifer Wu, M.D.*
99 Park Avenue
New York, NY 10016
Telephone: (212) 286-8585
Email: dduficy@hpmb.com