UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
PATRICIA SCOTT FLEMING *as administratrix of*
*the estate of Patrick Fleming*,

                Plaintiff,

-against-

CITY OF NEW YORK et al.,

                Defendants.

------------------------------------ X

JAN 1 1 2022

ORDER

18 Civ. 4866 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled to occur on January 18, 2022 is adjourned to February 22, 2022 at 9:45am.

Dated: January 11, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge