UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PATRICIA SCOTT FLEMING *as administratrix of the estate of Patrick Fleming*,

                                         Plaintiff,

                  -against-

CITY OF NEW YORK et al.,

                                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Civ. 4866 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled to occur on March 22, 2022 is hereby cancelled in light of this Court's referral to Magistrate Judge Willis for General Pretrial Supervision.

Dated: March 21, 2022
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge