UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SCOTT FLEMING ET AL,

                        Plaintiffs,

-against-

THE CITY OF NEW YORK ET AL,

                        Defendants.
-----------------------------------------------------------------X

**ORDER**

**18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on March 21, 2022 for general pretrial and specific non-dispositive motion ECF No. 200. ECF No. 201. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a conference by **Thursday, March 24, 2022**. Proposed dates should be in the last two weeks of April for an in-person conference to allow the parties to provide a status update regarding any deadlines, pending motions, and outstanding discovery disputes. The discovery deadline will be extended until the date of the conference. At the conference, the parties should be prepared to discuss whether further extension is warranted.

      SO ORDERED.

DATED:    New York, New York
             March 22, 2022

                                                               *[signature]*
                                                       JENNIFER E. WILLIS
                                                     United States Magistrate Judge