UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SCOTT FLEMING ET AL,

                              Plaintiffs,

          -against-

THE CITY OF NEW YORK ET AL,

                              Defendants.
-----------------------------------------------------------------X

**ORDER TO STRIKE**

**18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court respectfully directs the Clerk of Court to *strike document number 204 from the docket.* The parties shall appear for a conference in person on **Tuesday, April 29, 2022 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. The parties should be prepared to provide a status update regarding any deadlines, pending motions, and outstanding discovery disputes, and discuss whether further extension of the discovery deadline is warranted.

       SO ORDERED.

DATED:    New York, New York
               March 28, 2022

                                                                          _____
                                                                           JENNIFER E. WILLIS
                                                                           United States Magistrate Judge