UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SCOTT FLEMING ET AL,

                           Plaintiffs,

        -against-

THE CITY OF NEW YORK ET AL,

                           Defendants.
-----------------------------------------------------------------X

**ORDER**

**18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

For the reasons stated on the record at the parties' April 29, 2022 conference, the Court sets the following schedule:

- Plaintiff shall provide all undisputed responsive documents to Defendants' document requests by **May 31, 2022**.

- Plaintiff's letter motion for additional depositions is due **June 15, 2022**. Plaintiff's letter motion shall be no longer than three pages.

- Plaintiff shall provide a draft third amended complaint, along with a redline comparing the second amended complaint, to Defendants by **June 16, 2022**.

- Plaintiff's letter motion to compel discovery unrelated to *Monell* is due **June 24, 2022**. Plaintiff's letter motion shall be no longer than three pages.

- Plaintiff's motion to compel *Monell* discovery is due **June 24, 2022**. Plaintiff's motion shall be no longer than 25 pages.

- Plaintiff's motion for leave to file a third amended complaint is due **June 30, 2022**. Plaintiff's motion shall be no longer than 25 pages.

- Defendants' responses, if any, to Plaintiff's letter motion for additional depositions are due **July 13, 2022**. Defendants' responses shall be no longer than three pages each.

- Defendants' responses, if any, to Plaintiff's letter motion to compel discovery unrelated to *Monell* are due **July 25, 2022**. Defendants' responses shall be no longer than three pages each.

- Defendants' responses, if any, to Plaintiff's motion for leave to file a third amended complaint are due **July 28, 2022**. Defendants' responses shall be no longer than 25 pages each.

- Defendants' responses, if any, to Plaintiff's motion to compel *Monell* discovery are due **August 5, 2022**. Defendants' responses shall be no longer than 25 pages each.

- Plaintiff's reply, if any, in support of its motion to compel *Monell* discovery is due **August 19, 2022**. Plaintiff's reply shall be no longer than ten pages.

- Fact discovery closes on **December 31, 2022**.

- Expert discovery closes on **March 31, 2023**.

- The parties' summary judgment motions are due **May 31, 2023**.

SO ORDERED.

DATED:   New York, New York
         April 29, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge