UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PATRICIA SCOTT FLEMING, as
Administratix of the Estate of Patrick Fleming,

                       Plaintiff,

        -against-

THE CITY OF NEW YORK ET AL,

                       Defendants.
-------------------------------------------------------------------X

**ORDER**

**18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Plaintiff shall refile her motion to compel the City of New York to Produce Monell-Related Discovery (Dkt. No. 214) as previously directed by the Court by **August 30, 2022 at 10:00 a.m.** Any request to seal must be made with the Court. If Plaintiff's filing is different from what Defendants previously received and reviewed, Defendants shall notify the Court by **August 31, 2022** and may file amended oppositions by **September 13, 2022**. Defendants should not file amended responses to Plaintiff's motion if Plaintiff's August 30th filing is not different from what Defendants previously received and reviewed.

      SO ORDERED.

DATED:    New York, New York
               August 29, 2022

                                                               _Jennifer E. Willis_
                                                               JENNIFER E. WILLIS
                                                               United States Magistrate Judge