UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SCOTT FLEMING *et al.*,

                    Plaintiffs,

-against-

THE CITY OF NEW YORK *et al.*,

                    Defendants.
-----------------------------------------------------------------X

**ORDER**

**18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to this Court for general pretrial matters. Dkt. Nos. 201. On June 13th, several defendants, Maung Maungoo, M.D., Myat Win, M.D., Antonio Martinez, M.D., Corizon Health, Physician Affiliate Group of New York, and New York City Health and Hospitals Corporation/Correctional Health Services submitted a letter saying that Corizon Health, Inc. filed for bankruptcy on February 12, 2023. Dkt. No. 275. Defendants said, "it is our understanding that this action is automatically stayed until the stay imposed by the bankruptcy case is lifted. Therefore, please consider this our request that the case be marked stayed in the Court's filing system." Id.

      The Plaintiffs have until **June 27th** to submit a letter stating their position on the proposed stay.

      SO ORDERED.

DATED:    New York, New York
                June 20, 2024

                                                                   JENNIFER E. WILLIS
                                                                  United States Magistrate Judge