UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SCOTT FLEMING *et al.*,

                            Plaintiffs,

          -against-

THE CITY OF NEW YORK *et al.*,

                            Defendants.
------------------------------------------------------------------X

**ORDER**

**18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to this Court for general pretrial matters. Dkt. Nos. 201. On June 13th, several defendants, Maung Maungoo, M.D., Myat Win, M.D., Antonio Martinez, M.D., Corizon Health, Physician Affiliate Group of New York, and New York City Health and Hospitals Corporation/Correctional Health Services submitted a letter saying that Corizon Health, Inc. filed for bankruptcy on February 12, 2023. Dkt. No. 275. Defendants said, "it is our understanding that this action is automatically stayed until the stay imposed by the bankruptcy case is lifted. Therefore, please consider this our request that the case be marked stayed in the Court's filing system." Id.

      On June 20th, the Plaintiffs were directed **"to submit a letter stating their position on the proposed stay."** Dkt. No. 276. On the 27th, the Plaintiffs submitted a letter opposing the proposed stay and asking the Court to "order the non-bankrupt Parties to comply with their discovery obligations expeditiously." Dkt. No. 278. The Defendants replied that same day. Dkt. No. 279.

**By 5 pm on July 15th**, the Parties shall submit letter motions of no more than ten pages, double-spaced, detailing their arguments on the proposed stay and pointing the Court to case law that supports their positions.

SO ORDERED.

DATED:   New York, New York
            July 1, 2024

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge