UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICIA SCOTT FLEMING, as
Administratix of the Estate of Patrick Fleming,

                              Plaintiff,

                -against-

THE CITY OF NEW YORK ET AL,

                             Defendants.
------------------------------------------------------------------X

**ORDER**

**18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A discovery conference was held on July 9, 2025. For reasons more fully stated on the record, the Court orders the following:

- The parties are to meet and confer by July 30, 2025 to schedule depositions for: (1) Correction Officer Ward; (2) Dr. Ezekwe; (3) Dr. Kanofsky; (4) Dr. Shanoy; (5) Dr. Nierodzik; (6) City's Rule 30(b)(6); and (7) PAGNY's Rule 30(b)(6). All depositions should be completed no later than the first week of October 2025. The parties are to provide the Court a letter by July 30, 2025 detailing the status of the scheduling.

- The parties are to meet and confer by July 30, 2025 to schedule the site visit of AMKC. The parties are to inform the Court in the same letter by July 30, 2025 about the status of the scheduling.

- Plaintiff is to provide the City anticipated topics for their Rule 30(b)(6) deposition by July 30, 2025.

- City has 30 days to provide notice of the identity of their ADA witness to Plaintiff.
- City is to provide the 20 use of force videos that are currently being prepared to Plaintiff, but their obligation to seek additional use of force videos is STAYED until July 30, 2025. Plaintiff and the City are to meet and confer about additional use of force videos by July 30, 2025. If the parties cannot come to an agreement about the additional use of force videos, the parties are to provide briefing on the issue by August 20, 2025.
- City is to comply with this Court's prior order. See Dkt. No. 267, at 9-12.
- Parties are directed to provide the Court a copy of the transcript of the July 9, 2025 conference.

SO ORDERED.

DATED:   New York, New York
         July 9, 2025

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge