UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SCOTT FLEMING *et al.*,

                Plaintiffs,

-against-

THE CITY OF NEW YORK *et al.*,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of several status letters from the parties. Dkt. Nos. 312-316. The parties are directed to provide a joint letter updating the Court as to the status of discovery by October 31, 2025.

SO ORDERED.

DATED:   New York, New York
            August 15, 2025

JENNIFER E. WILLIS
United States Magistrate Judge