UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SCOTT FLEMING *et al.*,

                               Plaintiffs,

                          -against-

THE CITY OF NEW YORK *et al.*,

                              Defendants.
-----------------------------------------------------------------X

**ORDER**

**18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 18, 2025, the Court held a discovery conference to address City Defendant's letter motion filed November 7, 2025.  For the reasons stated more fully on the record the Court made the following rulings:

- City Defendant's motion to exclude Rule 30(b)(6) topics is **GRANTED** in part, **DENIED** in part.  The Court finds that topics two, five, six, and seven, are not relevant and will be excluded from the 30(b)(6) depositions.  The Court finds topic eight is not proper subject matter for a Rule 30(b)(6) deposition and will be excluded.  The Court finds topic three has only minimal relevance and the burden outweighs that relevance.  Therefore, topic three will be excluded from the 30(b)(6) depositions.   The Court will allow topics one and four, with exceptions and revisions.

  - Topic one is permitted except for "inadequate medical care of mentally ill or medically vulnerable inmates."  The term "patterns of violence" in topic one refers to violence related to excessive force only.

  - Topic four is permitted except for "medical neglect."

- The Parties are to meet and confer regarding the exact language of topics one and four and file a joint letter with the Court by **January 7, 2026** about the revised language. If there is no agreement, the Parties must each state their position and preferred language in the joint letter for both topics.

- There are four medical depositions outstanding: Dr. Ezekwe, Dr. Shanoy, Dr. Kranofsky, and Dr. Nierodzik. The attorneys for the remaining doctor Defendants are to provide potential deposition dates to City Defendants and Plaintiff by **January 16, 2026**.

- The Parties are to file a joint letter with the Court by **January 23, 2026** to provide confirmation of the deposition dates for each witness.

- The Parties are to work with Dr. Ezekwe's attorney to schedule the deposition of Dr. Ezekwe and update the Court on the status of that deposition in the January 23rd letter.

- City Defendants are to order a copy of the transcript of the December 18, 2025 conference and provide a copy to the Parties and the Court.

SO ORDERED.

DATED:    New York, New York
          December 19, 2025

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge

2