**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SCOTT FLEMING *et al.*,

                       Plaintiffs,

                  -against-

THE CITY OF NEW YORK *et al.*,

                      Defendants.
-----------------------------------------------------------------X

               **ORDER**

       **18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 27, 2026, the Court ordered Plaintiff to provide an update on the deposition date for Dr. Ezekwe by February 3, 2026. Dkt. No. 334. Plaintiff has not provided any update to the Court. Accordingly, Plaintiff is to file a letter providing the update to the Court by **February 12, 2026 at 5:00 PM.**

SO ORDERED.

DATED:    New York, New York
            February 11, 2026

                                          JENNIFER E. WILLIS
                                  United States Magistrate Judge