**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SCOTT FLEMING *et al.*,                                    **ORDER**

                       Plaintiffs,         **18-CV-4866 (GBD) (JW)**

           -against-

THE CITY OF NEW YORK *et al.*,

                    Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 2, 2026 this Court ordered Plaintiff to provide a status update after all depositions have been complete, no later than May 4, 2026. Dkt. No. 341. Plaintiff has not filed a status update. On January 27, 2026 this Court ordered Plaintiff to provide a status update by February 3, 2026. Dkt. No. 334. Plaintiff did not file a timely status update then either. Dkt. No. 338.

The Parties are to file a <u>joint status</u> update by **May 29, 2026** informing the Court as to whether depositions are complete. Plaintiff's counsel is on notice that this Court may sanction him if he continues to flout the directives of this Court.

SO ORDERED.

DATED:    New York, New York
            May 22, 2026

                            *Jennifer E. Willis*
                            JENNIFER E. WILLIS
                         United States Magistrate Judge