**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

SCOTT FLEMING *et al.*,

Plaintiffs,

-against-

THE CITY OF NEW YORK *et al.*,

Defendants.

--------------------------------------------------------------X

**ORDER**

**18-CV-4866 (GBD) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 31, 2026, the Court ordered a joint status letter regarding outstanding discovery and a proposal for completion. (Dkt. No. 348). An amended joint status letter was filed on August 18, 2026. (Dkt. No. 352). The Court has considered the long history of this case, the extensive discussions already had related to discovery, and the positions of all parties. The Court orders the following regarding discovery and scheduling:

- **Except** as described below, fact discovery is closed and Parties should turn their efforts to expert discovery.
- By **August 31, 2026**:
    - Plaintiff may serve written discovery **only** directed at those topics identified in Annex A to its letter (Dkt. No. 352) as follow-up to the 2026 depositions. Based on the Court's review, these are topics listed in Annex A as Request Nos. 4, 5, 6, 7, 8, 11, 13, 14, and 16. Plaintiffs are cautioned to craft these requests narrowly and based on careful review

of the extensive discovery that has already occurred in this place to avoid duplicative or overbroad demands.

  - Parties should submit a short, joint status update to the Court regarding the authorizations discussed in the Parties' August 14 meet and confer (*see* Dkt. No. 352).[1]

- By **September 30, 2026:**
  - Defendants to serve responses and objections to Plaintiff's written discovery.
  - Plaintiffs to serve answers to the medical defendants' interrogatories.
- By **October 7, 2026:** Parties shall meet and confer in good faith on any objections or outstanding deficiencies.
- By **October 15, 2026:**
  - Parties shall present any unresolved discovery dispute to the Court by letter motion in accordance with this Court's Individual Rules.
  - Plaintiff shall provide its expert reports.
- By **January 15, 2027:** Rebuttal expert reports shall be provided.
- By **February 28, 2027:** Expert depositions shall be completed.
- By **March 31, 2027:** All summary judgment motions, including individual and *Monell* claims, shall be submitted.
- By **April 30, 2027:** All opposition motions shall be submitted.

---

[1] Because the Court was not part of the Parties' discussion on August 14, it is unclear based on the "External Medical Defendants' Position" which authorizations were requested or agreed to, and from who. The following entities are listed and should be addressed in the parties' August 31 submission:

1. DayTop Village
2. Bendiner & Schlessinger
3. United Healthcare
4. St Luke's Roosevelt Hospital (Mt Sinai West and Mt Sinai Morningside)
5. CVS
6. New York Eye and Ear Infirmary of Mount Sinai
7. Visiting Nurse of New York, including hospice care.

- By **May 15, 2027:** All reply motions shall be submitted.

SO ORDERED.

DATED: New York, New York
August 20, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge